PHŒNIX INSURANCE COMPANY OF BROOKLYN, Respondent, *v.* WILLIAM FLOYD et al., Appellants.

(Argued December 8, 1880; decided December 21, 1880.)

REPORTED below (19 Hun, 287).

*F. P. Bellamy* for appellants.

*D. P. Barnard* for respondent.

Agree to affirm, without opinion.
All concur.
Judgment affirmed.